

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Howard Chorng Jeng Wu, Debtor.<br><br>Ronald A Christensen and Clifford Rosen,<br><br>Plaintiffs,<br><br>v.<br><br>Howard Chorng Jeng Wu,<br><br>Defendant. | Case No.: 2:21-bk-19480-ER<br>Adv. No.: 2:22-ap-01061-ER<br><br>**ORDER: (1) SETTING LITIGATION DEADLINES AND (2) CONTINUING STATUS CONFERENCE FROM OCTOBER 11, 2022 AT 10:00 A.M. TO FEBRUARY 14, 2023 AT 10:00 A.M.**<br><br>**CONTINUED STATUS CONFERENCE:**<br><br>Date:       February 14, 2023<br>Time:      10:00 a.m.<br>Location: Ctrm. 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

Having reviewed the Joint Status Report filed by the parties, the Court **HEREBY FINDS AND ORDERS AS FOLLOWS:**

1) Defendant has requested an extension of the litigation deadlines previously ordered by the Court based on the fact that Defendant is currently defending against nine separate dischargeability actions. In view of its obligation to apply the Bankruptcy Rules in a manner that secures "the just, speedy, and inexpensive determination of every case and proceeding,"[1] the Court does not find it appropriate to extend the litigation deadlines at this time. However, upon a showing of meaningful progress toward resolution of the action, the Court would be willing to consider a future request for an extension of the litigation deadlines.

---

[1] Bankruptcy Rule 1.

2) The litigation dates previously ordered shall continue to apply, as follows:
   a) The last day to amend pleadings and/or join other parties is **11/10/2022**.
   b) The last day to disclose expert witnesses and expert witness reports is **2/21/2023**.
   c) The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is **3/23/2023**.
   d) The last date to complete discovery, including discovery pertaining to expert witnesses, is **4/18/2023**. All discovery motions must also have been heard by this date.[2]
   e) The last day for dispositive motions to be heard is **4/18/2023**.[3]
   f) A Pretrial Conference is set for **5/09/2023 at 11:00 a.m.** By no later than fourteen days prior to the Pretrial Conference, the parties must submit a Joint Pretrial Stipulation via the Court's Lodged Order Upload (LOU) system. Submission via LOU allows the Court to edit the Joint Pretrial Stipulation, if necessary. Information about LOU is available at https://www.cacb.uscourts.gov/the-central-guide/orders-judgments-electronic-lodging-attorneys-lou.
   g) In addition to the procedures set forth in Local Bankruptcy Rule 7016-1(b), the following procedures govern the conduct of the Pretrial Conference and the preparation of the Pretrial Stipulation:
      i) By no later than thirty days prior to the Pretrial Conference, the parties must exchange copies of all exhibits which each party intends to introduce into evidence (other than exhibits to be used solely for impeachment or rebuttal).
      ii) When preparing the Pretrial Stipulation, all parties shall stipulate to the admissibility of exhibits whenever possible. In the event any party cannot stipulate to the admissibility of an exhibit, that party must file a Motion in Limine which clearly identifies each exhibit alleged to be inadmissible and/or prejudicial. The moving party must set the Motion in Limine for hearing at the same time as the Pretrial Conference; notice and service of the Motion shall be governed by LBR 9013-1. The Motion in Limine must contain a statement of the specific prejudice that will be suffered by the moving party if the Motion is not granted. The Motion must be supported by a memorandum of points and authorities containing citations to the applicable Federal Rules of Evidence, relevant caselaw, and other legal authority. Blanket or boilerplate evidentiary objections not accompanied by detailed supporting argument are prohibited, will be summarily overruled, and may subject the moving party to sanctions.
      iii) The failure of a party to file a Motion in Limine complying with the requirements of subparagraph (ii) shall be deemed a waiver of any objections to the admissibility of an exhibit.
      iv) Motions in Limine seeking to exclude testimony to be offered by any witness shall comply with the requirements set forth in subparagraph (ii), and shall be filed by the deadline specified in subparagraph (ii). The failure of a party to file a

---

[2] For contemplated hearings on discovery motions, it is counsel's responsibility to check the Judge's self-calendaring dates, posted on the Court's website. If the discovery cutoff date falls on a date when the court is closed or that is not available for self-calendaring, the deadline for hearings on discovery motions is the next closest previous date which is available for self-calendaring.
[3] If the motion cutoff date is not available for self-calendaring, the deadline for dispositive motions to be heard is the next closest previous date which is available for self-calendaring.

   Motion in Limine shall be deemed a waiver of any objections to the admissibility of a witness's testimony.
  h) Trial is set for the week of **5/22/2023**. The trial day commences at 9:00 a.m. The exact date of the trial will be set at the Pretrial Conference. Consult the Court's website for the Judge's requirements regarding exhibit binders and trial briefs.
3) The matter shall be referred to the Mediation Panel. The parties shall meet and confer and select a Mediator. The parties may select either a Mediator from the District's Mediation Panel or a private Mediator. Within fifteen days from the date of the issuance of this Order, Plaintiff shall lodge a completed "Request for Assignment to Mediation Program; [Proposed] Order Thereon" (*see* Amended General Order 95-01 available on the Court's website). The manner in which the mediation is conducted (whether by videoconference or in-person) shall be at the discretion of the Mediator.
4) The Status Conference is **CONTINUED** from October 11, 2022 at 10:00 a.m. to **February 14, 2023 at 10:00 a.m.** A Joint Status Report, which shall discuss the status of mediation, shall be submitted no later than fourteen days prior to the hearing.
5) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

             ###

Date: October 6, 2022

Ernest M. Robles
United States Bankruptcy Judge