United States Bankruptcy Court

Central District of California

Christensen,
    Plaintiff

Wu,
    Defendant

Adv. Proc. No. 22-01061-ER

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Feb 13, 2023     Form ID: pdf031     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Clifford Rosen, 695 Town Center Drive, Costa Mesa, CA 92626-1924 |
| dft | + | Howard Chorng Jeng Wu, 13600 Bayliss Road, Los Angeles, CA 90049-1815 |
| pla | + | Ronald A Christensen, 695 Town Center Drive, Suite 700, Costa Mesa, CA 92626-7187 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric Bensamochan | on behalf of Defendant Howard Chorng Jeng Wu eric@eblawfirm.us G63723@notify.cincompass.com |
| Heide Kurtz (TR) | trustee@hkurtzco.com C169@ecfcbis.com |
| Norma V Garcia | on behalf of Plaintiff Ronald A Christensen ngarciaguillen@garciarainey.com jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com |
| Norma V Garcia | on behalf of Plaintiff Clifford Rosen ngarciaguillen@garciarainey.com jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com |

Case 2:22-ap-01061-ER    Doc 69    Filed 02/15/23    Entered 02/15/23 21:25:41    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: pdf031 | Total Noticed: 3 |

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5



**FILED & ENTERED**

**FEB 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Howard Chorng Jeng Wu, Debtor.<br><br>Ronald A Christensen and Clifford Rosen,<br><br>Plaintiffs,<br><br>v.<br><br>Howard Chorng Jeng Wu,<br><br>Defendant. | Case No.: 2:21-bk-19480-ER<br>Adv. No.: 2:22-ap-01061-ER<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 14, 2023 AT 10:00 A.M. TO APRIL 11, 2023 AT 10:00 A.M.**<br><br>**CONTINUED STATUS CONFERENCE:**<br><br>Date:      April 11, 2023<br>Time:      10:00 a.m.<br>Location:  Ctrm. 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

    The parties are in the process of documenting a global settlement agreement in a case pending before the United States District Court for the Central District of California (Case No. 8:20-cv-01973-JLS-DFM) that may resolve this proceeding. Based upon the foregoing, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The litigation deadlines set by the Scheduling Order entered on October 6, 2022 [Adv. Doc. No. 61] shall remain in effect, subject to an extension for good cause shown.
2) The Status Conference is **CONTINUED** from February 14, 2023 at 10:00 a.m. to **April 11, 2023 at 10:00 a.m.** A Joint Status Report, which shall discuss the status of the global settlement, shall be filed by no later than fourteen days prior to the hearing.
3) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: February 13, 2023

Ernest M. Robles
United States Bankruptcy Judge